# EXHIBIT B

**Patent Claims Analysis**

**of**

**US8381309: "Methods and systems for secure communication over a public network"**

**against**
**Greenhouse Software**

# US8381309B2

United States

Inventor          Dan RollsIphtach Cohen

Current Assignee  Datrec LLC

Worldwide applications

2007  WO US

| PCT/IL2007/001518 | Claims priority from a provisional application | 60/873,252 | 12/07/2006 |
|---|---|---|---|
| PCT/IL2007/001518 | Claims priority from a provisional application | 60/873,254 | 12/07/2006 |

Total patentTerm Adjustments
**arrow_upward**
**647days**

CLAIMS

9. A system for enabling communication between users over a communication network, the system comprising;

a server system associated with a database comprising verified data relating an individual, said server system being configured and operable to verify at least some of the data so as to authenticate an identity of the individual;

determining a level of reliability in authenticity based on correspondence between data on said individual entered by a plurality of related individuals; and

the system being configured to define one or more levels of permitted communication between individuals in the database and the verified individual on the basis of said verification.

| Row | Claim Element | Contention |
|---|---|---|
| 9.0 | 9. A system for enabling communication between users over a communication network, the system comprising; | *Greenhouse Software is a system for enabling communication between users over a communication network.*<br><br>g<br><br>Q  ≡<br><br>Make the best hires faster – *every time*<br><br>Greenhouse helps you save on recruiting with an AI-powered, end-to-end hiring platform that flexes and scales with you. As an industry leader for over 10 years, we deliver the most cost-effective, technology-forward tools to help you hire the best talent – today and as your business grows.<br><br>Explore solutions<br><br>*<https://www.greenhouse.com/platform> @ 2025*<br><br>Saved **62 times** between March 5, 2024 and October 4, 2025.<br><br>3  2014  2015  2016  2017  2018  2019  2020  2021  2022  2023  **2024**  2025 |
| 9.1 | a **server system** associated with a **database** comprising **verified data relating an individual**, | *a **server system** ["data center, server room facilities"] associated with a **database** ["Greenhouses database"]comprising **verified data relating an individual** ["Once your email is verified, you can start updating information"],*<br><br>*For example, Greenhouse Software uses data-center and server-room facilities to host its database. Once a user's email address is verified, the user can begin updating their information in that database.* |

**server system**

| | Measures for ensuring physical security of locations at which personal data are processed | Physical and environmental security of data center, server room facilities and other areas containing personal data designed to: (i) | |

<*https://www.greenhouse.com/data-processing-addendum*> @ 2025

**database**

| | | When a customer deletes data within the application, it is simultaneously deleted from Greenhouse's database, subject to a 30-day backup retention period. | |

<*https://www.greenhouse.com/data-processing-addendum*> @ 2025

**verified data relating an individual**

Start by visiting my.greenhouse.io. You'll be prompted to create an account using your email address. Once your email is verified, you can log in and start updating information you'd like to share when you apply for jobs through MyGreenhouse.

<*https://my.greenhouse.com/faq*> @ 2025

| | | |
|---|---|---|
| 9.2 | said server system being configured and operable to verify at least some of the data so as to **authenticate an identity of the individual**; | said **server system** *["data center, server room facilities"]* *being configured and operable to verify at least some of the data so as to* **authenticate an identity of the individual** *["Once your email is verified, you can log in"]*.<br><br>For example, Greenhouse Software's data-center and server-room systems are designed to verify certain user information. Once your email address has been verified, you are allowed to log in. |

**authenticate an identity of the individual**

Start by visiting my.greenhouse.io. You'll be prompted to create an account using your email address. Once your email is verified, you can log in and start updating information you'd like to share when you apply for jobs through MyGreenhouse.

| | | |
|---|---|---|
| | | *<https://my.greenhouse.com/faq> @ 2025* |
| 9.3 | determining a **level of reliability in authenticity** based on **correspondence between data on said individual** entered by a **plurality of related individuals**; and | *determining a **level of reliability in authenticity ["Manager"]** based on **correspondence between data on said individual ["manage employee documents"] entered by a plurality of related individuals ["communication between recruiters, interviewers and hiring managers"]**.*<br><br>*For example, Greenhouse Software identifies who the Manager is by using information about how employee documents are managed and how recruiters, interviewers, and hiring managers communicate with each other.* |

***level of reliability in authenticity***



*<https://www.greenhouse.com/onboarding> @ 2025*

***correspondence between data on said individual***



*<https://www.greenhouse.com/onboarding> @ 2025*

***entered by a plurality of related individuals***

Seamless **communication** – Enhanced alignment and transparency between recruiters, interviewers and hiring managers with @ mentions

*<https://www.greenhouse.com/scalable-workflows> @ 2025*

| 9.4 | the system being configured to define one or more **levels of permitted communication between individuals in the database and the verified individual** on the basis of said verification. | the system being configured to define one or more levels of permitted communication between individuals in the **database ["Greenhouses database"]** and the verified individual *["customizable permissions and workflows between recruiters, interviewers and hiring managers"]* on the basis of said verification.<br><br>For example, Greenhouse Software sets up customizable permissions and workflows for recruiters, interviewers, and hiring managers, based on the verification of the user's information. |
|---|---|---|
| | | ***levels of permitted communication between individuals in the database and the verified individual*** |

|  |  | **Tailored workflows** – Enable advanced data configuration and <u>customizable permissions and workflows</u> to help you meet the demands of your complex systems<br><br>**Seamless communication** – Enhanced alignment and transparency <u>between recruiters, interviewers and hiring managers</u> with @ mentions<br><*https://www.greenhouse.com/scalable-workflows*> *@ 2025* |

| | |
|---|---|
| *a server system associated with a database comprising verified data relating an individual,*<br><br>*said server system being configured and operable to verify at least some of the data so as to authenticate an identity of the individual;*<br><br>*determining a level of reliability in authenticity based on correspondence between data on said individual entered by a plurality of related individuals; and*<br><br>*the system being configured to define one or more levels of permitted communication between individuals in the database and the verified individual on the basis of said verification.* | ● *PRODUCT/SERVICE = "Greenhouse Software"*<br><br>● *server system = "data center, server room facilities"*<br>● *verified data relating an individual = "Once your email is verified, you can … start updating information"*<br><br>● *authenticate an identity of the individual = "Once your email is verified, you can log in"*<br><br>● *level of reliability in authenticity = "Manager"*<br>● *correspondence between data on said individual = "manage employee documents"*<br>● *entered by a plurality of related individuals = "communication … between recruiters, interviewers and hiring managers"*<br><br>● *levels of permitted communication between individuals in the database and the verified individual = "customizable permissions and workflows … between recruiters, interviewers and hiring managers"*<br><br>● *database = "Greenhouse's database"* |