UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DATREC, LLC,

        Plaintiff,

    -v-

GREENHOUSE SOFTWARE, INC.,

        Defendant.

26-cv-2285 (JSR)

ORDER

---

JED S. RAKOFF, U.S.D.J.:

    The Court held an initial pre-trial conference in this matter on April 22, 2026. During that conference, the Court extended the defendant's deadline to move to dismiss the Complaint to June 1, 2026. In the event the defendant moves to dismiss, opposition papers will be due June 22, with any reply brief due June 29, 2026. Arguments on the motion to dismiss will be heard on July 7, 2026 at 11 a.m. in courtroom 14B of U.S. Courthouse, 500 Pearl Street, New York, NY, 10007.

    At the motion to dismiss argument, the Court will take up whether to hold a Markman hearing in this case, which involves a claim for patent infringement, and will further develop the Case Management Plan.

    SO ORDERED.

New York, NY
April ⎵2⎵3⎵, 2026

_____
JED S. RAKOFF, U.S.D.J.